```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/14/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAN MAURICE ROWE, M.D., M.H.A., L.L.C.
and EAST COAST PLASTIC SURGERY, P.C.,

                Plaintiffs,

-against-

AETNA HEALTH AND LIFE INSURANCE
COMPANY,

                Defendant.

22 Civ. 9427 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of the parties' joint letter dated February 13, 2023. ECF No. 14. In accordance with the Court's December 29, 2022 Order, ECF No. 13, the case is UNSTAYED. The deadline for the parties to file their joint letter and proposed case management plan, as directed by the Court in its November 8, 2022 Order, ECF No. 6, is ADJOURNED to **March 16, 2023**. Additionally, the parties are reminded that they may consent to proceeding before a magistrate judge. *See* ECF No. 7.

      SO ORDERED.

Dated: February 14, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge