```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/17/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURICE ROWE, M.D., M.H.A., L.L.C. and
EAST COAST PLASTIC SURGERY, P.C.,

                Plaintiffs,

-against-

AETNA HEALTH AND LIFE INSURANCE
COMPANY,

                Defendant.

22 Civ. 9427 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 16 at 6–9. The parties have not agreed to an informal exchange of information, *id.* ¶ 10(a), and have not proposed an alternative dispute resolution mechanism, *id.* ¶¶ 10(b)–(c). The parties are required to jointly propose an informal exchange of information and an alternative dispute resolution mechanism. Accordingly, by **March 24, 2023**, the parties shall file a revised proposed case management plan.

    SO ORDERED.

Dated: March 17, 2023
       New York, New York

                                      ANALISA TORRES
                              United States District Judge