UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10/12/2023
```

NORMAN MAURICE ROWE, M.D., M.H.A.,
L.L.C. and EAST COAST PLASTIC SURGERY,
P.C.,

                                          Plaintiffs,

                    -against-                                    22 Civ. 9427 (AT)

AETNA HEALTH AND LIFE INSURANCE                              **ORDER**
COMPANY,

                                          Defendant.

ANALISA TORRES, District Judge:

    The Court scheduled a Case Management Conference in this action for October 17, 2023.
ECF No. 25.  The parties were required to file a joint status letter not later than one week in advance
of the Conference.  ECF No. 19 ¶ 16.  That submission is now overdue.

    Accordingly, the Case Management Conference scheduled for October 17, 2023, is
ADJOURNED *sine die*.

    Further, fact discovery closed on September 28, 2023.  ECF No. 25.  The parties are reminded
that pre-motion letters for summary judgment are due within fourteen days of the close of fact
discovery.  ECF No. 19 ¶ 16.

    SO ORDERED.

Dated: October 12, 2023
        New York, New York

                                                  _____
                                                          ANALISA TORRES
                                                  United States District Judge