UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAN MAURICE ROWE, M.D., M.H.A.,
L.L.C. and EAST COAST PLASTIC SURGERY,
P.C.,

                    Plaintiffs,

           -against-

AETNA HEALTH AND LIFE INSURANCE
COMPANY,

                 Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED:   10/25/2023
```

22 Civ. 9427 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       Fact discovery closed on September 28, 2023.  ECF No. 25.  The parties were required to submit pre-motion letters for summary judgment within fourteen days of the close of fact discovery. ECF No. 19 ¶ 8.  That deadline has now passed, and no submissions were filed with the Court.

       By **November 14, 2023**, the parties shall submit a status update to the Court, providing an update on possible settlement and their intentions with regard to motion practice.

       SO ORDERED.

Dated: October 25, 2023
      New York, New York

                                ANALISA TORRES
                       United States District Judge