USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/15/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAN MAURICE ROWE, M.D., M.H.A., L.L.C. and EAST COAST PLASTIC SURGERY, P.C.,

          Plaintiffs,

-against-

AETNA HEALTH AND LIFE INSURANCE COMPANY,

          Defendant.

22 Civ. 9427 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Fact discovery closed on September 28, 2023. ECF No. 25. The parties were required to submit pre-motion letters for summary judgment within fourteen days of the close of fact discovery. ECF No. 19 ¶ 8. That deadline has now passed, and no submissions were filed with the Court. On October 25, 2023, the Court directed the parties to file a status update by November 14, 2023. ECF No. 28. That deadline has also passed, and no submissions were filed with the Court.

    Accordingly, by **November 29, 2023**, the parties shall submit a status update to the Court, addressing possible settlement, their intentions with regard to motion practice, and whether Plaintiffs intend to continue prosecuting this action.

    SO ORDERED.

Dated: November 15, 2023
       New York, New York

                                    ANALISA TORRES
                              United States District Judge