# Lewin & Baglio, LLP
### Attorneys and Counselors at Law

Partners:
Lev J. Lewin, Esq.
Michael P. Baglio, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/24/2025_

(516) 307-1770 (Fax)

January 22, 2025

**VIA ECF**

Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

RE: NORMAN MAURICE ROWE, M.D., M.H.A., L.L.C. & EAST COAST PLASTIC SURGERY, P.C. against AETNA HEALTH AND LIFE INSURANCE COMPANY; 1:22-cv-09427-AT-OTW; REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

Your Honor:

Lewin & Baglio, LLP, represents the Plaintiff(s) in the above matter. We write to request an extension of our time to submit objections to Magistrate Judge Wang's Report and Recommendation ("R +R) issued of January 14, 2025, which reconsidered her R+R of January 13, 2025.

Plaintiffs' objections to Magistrate Judge Wang's R + R of January 14, 2025, are due January 28, 2025. We seek to extend that time to January 31, 2025. This is Plaintiffs' first request for an extension of time. Counsel for Defendant takes no position regarding this request.

Lewin & Baglio, LLP, is available at the Court's convenience to answer any questions concerning this request.

Respectfully,

By: Brendan J. Kearns

Plaintiffs' request articulates no basis for the extension Plaintiffs seek. Plaintiffs are also incorrect to state that this is their first request for an extension of time. The Court nevertheless exercises its discretion to grant Plaintiffs' request in part. By **January 29, 2025**, Plaintiffs shall file their objections to Judge Wang's January 14, 2025 reconsideration order.

SO ORDERED.

Dated: January 24, 2025
        New York, New York

ANALISA TORRES
United States District Judge